IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK WERNER,

    Plaintiff,

  v.

Case No. 19-cv-648-bbc

ROSE SNYDER-SPAAR, AARON SABEL,
CHRISTOPHER SUSA, JOHN DOE,
JESSICA VANDER BLOOMER AND
KEVIN CARR,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/8/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |