IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICK WERNER,

                Plaintiff,

v.

ROSE SNYDER-SPAAR, AARON SABEL,
CHRISTOPHER SUSA, JOHN DOE, JESSICA
VANDER BLOOMER and KEVIN CARR,

                Defendants.

ORDER

19-cv-648-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Patrick Werner filed this proposed civil action under 42 U.S.C. § 1983 while he was incarcerated at the Oshkosh Correctional Institution, contending that correctional officials were going to place him on a global positioning tracking system for life after his release from prison, without due process and in violation of his constitutional rights. On December 27, 2019, I dismissed plaintiff's complaint for failure to state a federal claim upon which relief may be granted because the United States Supreme Court and the Court of Appeals for the Seventh Circuit have held that global positional monitoring does not constitute punishment under the Fourth Amendment and does not give rise to a separate due process requirement under the due process clause of the Fourteenth Amendment. Dkt. #18. Before the court is plaintiff's motion for reconsideration of that order, in which he asks the court to consider other general requests for relief that he made with respect to his rules of supervision, including computer and internet access restrictions and a requirement that he disclose his internet identifiers. Dkt. #20. He asks that he be allowed to amend his

1

complaint so that he can make these issues clear to the court.

Plaintiff's motion for reconsideration will be denied because he has failed to identify any grounds for reconsideration of the dismissal. Plaintiff does not attach a proposed amended complaint to his motion, and his vague allegations are not sufficient to qualify as a supplement that would satisfy Rule 8 of the Federal Rules of Civil Procedure.

ORDER

IT IS ORDERED that plaintiff Patrick Werner's motion for reconsideration, dkt. #20, is DENIED.

Entered this 2d day of April, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge